UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Virginia Blankenship,**

    **Plaintiff,**

v.

**Commissioner of Social Security,**

    **Defendant.**

Case No. 2:09-cv-979

**Judge Michael H. Watson**
**Magistrate Judge King**

### ORDER

On January 27, 2011, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner be affirmed. *Report and Recommendation*, Doc. No. 15. Although the parties were advised of their right to file objections and of the consequences of their failure to do so, there has been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. The decision of the Commissioner of Social Security is **AFFIRMED**. This action is hereby **DISMISSED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. §405(g).

    **IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**